IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HERBERT C. VICE,

    Petitioner,               No. CIV S-04-0044 GEB CMK P

    vs.

C.K. PLILER, Warden,

    Respondent.             <u>ORDER</u>

_____ /

    Petitioner has requested an extension of time to file his objections to the December 5, 2006 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's December 20, 2006 request for an extension of time is granted; and

    2. Petitioner is granted thirty days from the date of this order in which to file his objections to the December 5, 2006 findings and recommendations.

DATED: January 3, 2007.

                                        **CRAIG M. KELLISON**
                                        UNITED STATES MAGISTRATE JUDGE

/bb
vice 04cv0044.111